COURT OF APPEALS

SECOND
DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-10-00210-CV 

 

 


 
 
 WWD, Inc.
 
 
  
 
 
 APPELLANT
  
 
 
 
 
 V.
  
 
 
 
 
 Tarrant County Appraisal District
 
 
  
 
 
 APPELLEE 
 
 


 

------------

 

FROM THE
17th District Court OF Tarrant
COUNTY

------------

MEMORANDUM OPINION[1]
AND JUDGMENT

------------

 

On June
24, 2010, and July 9, 2010, we notified appellant, in accordance with rule of
appellate procedure 42.3(c), that we would dismiss this appeal unless the $175
filing fee was paid.  See Tex. R.
App. P. 42.3(c).  Appellant has not
paid the $175 filing fee.  See
Tex. R. App. P. 5, 12.1(b).

Because
appellant has failed to comply with a requirement of the rules of appellate
procedure and the Texas Supreme Court’s order of August 28, 2007,[2]
we dismiss the appeal.  See Tex.
R. App. P. 42.3(c), 43.2(f).

Appellant
shall pay all costs of this appeal, for which let execution issue.  See Tex. R. App. P. 43.4.

 

 

          PER CURIAM

 

PANEL: 
MCCOY, J.; LIVINGSTON, C.J.; and MEIER, J.

 

DELIVERED: 
July 29, 2010











[1]See Tex. R. App. P. 47.4.





[2]See Supreme Court of
Tex., Order Regarding Fees Charged in Civil Cases in the Supreme Court and
the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation,
Misc. Docket No. 07-9138 (Aug. 28, 2007) (listing fees in courts of appeals).